Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400
Fax: 866-583-3695
magruss@consumerlawcenter.com

Attorneys for Plaintiff,
KENNETH DAVIS

**FILED**

AUG 1 0 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

KENNETH DAVIS,

      Plaintiff,

      vs.

FAIRWAY COLLECTIONS, LLC,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.: '09 CV 1738 WQH RBB

**VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

**(Unlawful Debt Collection Practices)**

### VERIFIED COMPLAINT

KENNETH DAVIS ("Plaintiff"), by his attorneys, KROHN & MOSS, LTD., alleges the following against FAIRWAY COLLECTIONS, LLC, ("Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* ("FDCPA").

2. Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* ("RFDCPA").

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court

- 1 -

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Oceanside, San Diego County, California.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

10. Defendant is a national company with its headquarters in Centralia, Washington.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously placed collection calls to Plaintiff seeking and demanding payment for an alleged debt relating to a loan Plaintiff took out for an automobile.

13. Defendant placed calls from a 360-623-1553 telephone number and a 360-330-5887 telephone number.

14. Defendant placed calls to plaintiff as early as 7:33 a.m. (See Exhibit A).

15. Defendant threatened to take legal action against Plaintiff.

VERIFIED COMPLAINT

16. Defendant threatened to garnish Plaintiff's wages.

17. Defendant did not send a debt validation letter to Plaintiff within five (5) days of Defendant's initial communication with Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a.  Defendant violated *§1692c(a)(1)* of the FPCPA by calling the Plaintiff at an unreasonable time.

    b.  Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

    c.  Defendant violated *§1692e(4)* of the FDCPA by representing that nonpayment of Plaintiff's alleged debt will result in garnishment of his wages even though Defendant has not and does not intend to do so.

    d.  Defendant violated *§1692e(5)* of the FDCPA by threatening to take legal action against Plaintiff even though Defendant has not and does not intend to take such action.

    e.  Defendant violated *§1692e(10)* of the FDCPA by false statements and/or deceptive means in an attempt to collect a debt.

    f.  Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a

-3-

VERIFIED COMPLAINT

judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.

19. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, KENNETH DAVIS, respectfully requests judgment be entered against Defendant, FAIRWAY COLLECTIONS, LLC, for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

**COUNT II**
**DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

25. Plaintiff repeats and re-alleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

26. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.10(e)* of the RFDCPA by threatening that nonpayment of Plaintiff's alleged debt will result in garnishment of her wages even though Defendant has not and does not intend to do so.

   b. Defendant violated *§1788.11(d)* of the RFDCPA by causing Plaintiff's telephone

- 4 -

VERIFIED COMPLAINT

to ring repeatedly and continuously so as to annoy Plaintiff.

c. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiff with such frequency that was unreasonable and constituted harassment.

d. Defendant violated the *§1788.13(j)* of the RFDCPA by falsely representing that legal proceedings have been or are about to be instituted unless Plaintiff pays her alleged consumer debt.

e. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

27. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, KENNETH DAVIS, respectfully requests judgment be entered against Defendant, FAIRWAY COLLECTIONS, LLC, for the following:

28. Declaratory judgment that Defendant's conduct violated the Rosenthal Fair Debt Collection Practices Act,

29. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

30. Actual damages,

31. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

32. Any other relief that this Honorable Court deems appropriate.

- 5 -

VERIFIED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, KENNETH DAVIS, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  August 6, 2009

KROHN & MOSS, LTD.

By: _____

Michael S. Agruss
Attorney for Plaintiff

- 6 -

1

## VERIFICATION OF COMPLAINT AND CERTIFICATION

2     STATE OF CALIFORNIA

3          Plaintiff, KENNETH DAVIS, states as follows:

4     1.   I am the Plaintiff in this civil proceeding.
      2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
5          that all of the facts contained in it are true, to the best of my knowledge, information
           and belief formed after reasonable inquiry.
6     3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
           law or by a good faith argument for the extension, modification or reversal of existing
7          law.
      4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
8          to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
           needless increase in the cost of litigation to any Defendant(s), named in the
9          Complaint.
      5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
10    6.   Each and every exhibit I have provided to my attorneys which has been attached to
           this Complaint is a true and correct copy of the original.
11    7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
           have not altered, changed, modified or fabricated these exhibits, except that some of
12         the attached exhibits may contain some of my own handwritten notations.

13         Pursuant to 28 U.S.C. § 1746(2), I, KENNETH DAVIS, hereby declare (or certify,
      verify or state) under penalty of perjury that the foregoing is true and correct.

14

15    DATE: 20090725                    

16                                            KENNETH DAVIS

17

18

19

20

21

22

23

24

25

                                        - 7 -

                               VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**EXHIBIT A**

VERIFIED COMPLAINT

| | | | Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|---|---|---|
| | | | ████████ | | | |

## Detail for Kenneth Davis: ███████████
## Voice, continued

| Date | Time | Number | Rate | Usage Type | Origination | Destination | Min. | Airtime Charges | Long Dist/ Other Chgs | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| 6/02 | 7:33A | 360-330-5887 | Peak | PlanAllow | Camp Pendl CA | Centralia WA | 1 | --- | --- | |
| 6/02 | 7:50A | 360-330-5887 | Peak | PlanAllow | Camp Pendl CA | Centralia WA | 2 | --- | --- | |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |
| | | | | | | | | | | --- |

1
2
3
4
5
6 **<u>EXHIBIT B</u>**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VERIFIED COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES) NO
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — (YES) NO
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — YES (NO)
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — YES (NO)
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — YES (NO)
14. Negative impact on my job — YES (NO)
15. Negative impact on my relationships — YES (NO)

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____

_____

_____

_____

_____

_____

_____

   *Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.*

Dated: 20090725

_____
Signed Name

KENNETH DAVIS
Printed Name

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Kenneth Dav█

## DEFENDANTS
Fairway Collections, LLC

**(b)** County of Residence of First Listed Plaintiff  San Diego (CA)
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Lewis (WA)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'09 CV 1738 WQH    RBB

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Krohn & Moss, Ltd., 10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025; 323-988-2400

Attorneys (If Known)

**FILED**
**AUG 10 2009**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☒ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☒ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1692, et seq.
Brief description of cause:
nlawful and Abusive Debt Collection Practices

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE  08/06/2009
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # 4070    AMOUNT 350.    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

8/10/09

```
Court Name: USDC California Southern
Division: 3
Receipt Number: CAS004070
Cashier ID: sramirez
Transaction Date: 08/10/2009
Payer Name: KROHN AND MOSS LTD
--------------------------------
CIVIL FILING FEE
 For: DAVIS V. FAIRWAY COLLECTIONS
 Case/Party: D-CAS-3-09-CV-001738-001
 Amount:        $350.00
--------------------------------
CHECK
 Check/Money Order Num: 17278
 Amt Tendered:  $350.00
--------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00


There will be a fee of $45.00
charged for any returned check.
```